UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HELEN SWARTZ, Individually,

    Plaintiff,

vs.

Case No.: 1:22-cv-01565-NGG-RER

NBS NEW YORK LLC,
a Delaware Limited Liability Company,

    Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Helen Swartz, and Defendant, NBS New York LLC, pursuant to Rule 41(1)(a) of the Federal Rules of Civil Procedure, hereby Stipulate to dismiss this action with prejudice, (each party bearing its own fees and costs).

Respectfully submitted,

**FOR THE PLAINTIFF:**

*/s/ Lawrence A. Fuller*
Lawrence A. Fuller, Esq. (LF5450)
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
Lfuller@fullerfuller.com
Dated: December 2, 2022

**FOR THE DEFENDANT:**

Anthony J. Tomari, Esq.
EUSTACE, PREZIOSO & YAPCHANYK
55 Water Street, 28th Floor
New York, New York 10041
Telephone: (212) 612-4200
atomari@eustacelaw.com

Dated: December 1, 2022

**SO ORDERED:**

s/Nicholas G. Garaufis
NICHOLAS G. GARAUFIS, U.S.D.J.
12/19/22